IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants.<br>                                                          / | No. C 15-04693 WHA<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER AND *SUA SPONTE* DISMISSING CASE** |

Plaintiff Patrick A. Missud was declared a vexatious litigant in 2012 and is currently subject to pre-filing review. *Missud v. National Rifle Association*, No. 3:13-mc-80263-WHA, 2013 U.S. Dist. LEXIS 170498, at *6 (N.D. Cal. Dec. 2, 2013); *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, 2012 U.S. Dist. LEXIS 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In July 2013, Attorney Missud was placed on involuntary inactive status with the State Bar of California, after he was charged with seven counts of professional misconduct. In October 2013, his membership in the bar of this Court was suspended. *In The Matter of Patrick Alexandre Missud - # 219614*, No. 3:13-mc-80182-WHA, Dkt. No. 3 (N.D. Cal. Oct. 2, 2013).

Missud commenced this action against numerous governmental entities and officials in state court in San Francisco, where it was not subject to this Court's pre-filing review order. The action was removed to federal court in San Francisco and assigned to Judge Yvonne Gonzalez Rogers, thereby evading pre-filing review. The undersigned related this case to the

undersigned. To the extent comprehensible, Missud alleges that the government officials, and several judges engaged in a conspiracy against him, leading to his arrest and criminal conviction, as he has in numerous prior filings that have been rejected in previous orders. Missud also requests a "temporary restraining order & injunction to stop San Francisco from running the same Ferguson racketeering schemes to steal mostly from minorities" (Dkt. No. 12). Specifically, he seeks to enjoin the sale of his car at auction, after it was towed and Missud failed to pay citations and storage fees.

Missud's complaint and his request for a temporary restraining order are frivolous and vexatious requests designed to waste the time and resources of the judicial system and the governmental entities he has named as defendants. Missud's claim is hereby **DENIED**, and his complaint is hereby **DISMISSED**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE