IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK MISSUD,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 15-04693 WHA

**ORDER DENYING MOTION TO RECONSIDER REQUEST FOR TEMPORARY RESTRAINING ORDER AND *SUA SPONTE* DISMISSING CASE**

Plaintiff Patrick A. Missud was declared a vexatious litigant in 2012 and is currently subject to pre-filing review. *Missud v. National Rifle Association*, No. 3:13-mc-80263-WHA, 2013 U.S. Dist. LEXIS 170498, at *6 (N.D. Cal. Dec. 2, 2013); *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, 2012 U.S. Dist. LEXIS 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In July 2013, Attorney Missud was placed on involuntary inactive status with the State Bar of California, after he was charged with seven counts of professional misconduct. In October 2013, his membership in the bar of this Court was suspended. *In The Matter of Patrick Alexandre Missud — # 219614*, No. 3:13-mc-80182-WHA, Dkt. No. 3 (N.D. Cal. Oct. 2, 2013).

Missud commenced this action against numerous governmental entities and officials alleging a conspiracy involving parking tickets, which he describes as "Ferguson-on-$teroid$." This action was related to a previous action and reassigned to the undersigned. The action was dismissed.

Missud has now filed a motion for reconsideration of the order dismissing the case in light of the fact that he filed a notice declining the jurisdiction of a magistrate judge and an opposition to relating these actions, although the actions are plainly drawn to the same conspiracy theory regarding the enforcement of parking regulations. Missud has also filed several financial documents that he received pursuant to a public records request, which he contends prove his conspiracy allegations. He has requested judicial notice of those documents as well as several letters he sent to the United States Department of Justice and the Federal Bureau of Investigations regarding his allegations. All of Missud's filings contain wildly implausible and vexatious accusations of racketeering plainly designed to waste judicial and governmental resources.

Missud's motion for reconsideration and his requests for judicial notice are hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: November 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2